UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| HOLLIS B. MEMBERS, JR., ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | No. 1:06-cv-145-DFH-TAB |
| ) | |
| SUPERINTENDENT AL PARKE, ) | |
| ) | |
| Defendant. ) | |

**JUDGMENT**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed.** The claims as to which the plaintiff lacks standing are **dismissed for lack of jurisdiction,** while all other claims are **dismissed with prejudice.**

_David F Hamilton_
DAVID F. HAMILTON, Judge
United States District Court

Date: 6/12/2007

Laura Briggs, Clerk
United States District Court

_Linda S Carmichael_
By: Deputy Clerk

Distribution:

Hollis B. Members, Jr.
DOC #953165
Putnamville Correctional Facility
1946 West U.S. 40
Greencastle, IN 46135-9275

Thomas Quigley
Office of the Indiana Attorney General
Indiana Government Center South, Fifth Floor
402 West Washington Street
Indianapolis, IN 46204-2770